**E-FILED**
Monday, 09 November, 2009  03:47:21 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

_____

| | |
|---|---|
| **BRANDEN BURKE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **Case No. 09-CV-2197** |
| ) | |
| **EASTERN ASSET MANAGEMENT a/k/a** ) | |
| **ETHICAL ASSET MANAGEMENT,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On August 20, 2009, Plaintiff, Branden Burke, filed a Complaint (#1) against Defendant, Eastern Asset Management.  On October 20, 2009,  Plaintiff filed a Summons (#3) which showed that Defendant was served with a Summons in this case on October 2, 2009.

On November 4, 2009, Plaintiff filed a Motion for Entry of Default Against Defendant (#5). Plaintiff stated that Defendant was served with Summons and Plaintiff's Complaint on October 2, 2009, and had not filed its answer or contacted Plaintiff's attorneys requesting an extension of time to answer.  Plaintiff requested that this court enter default against Defendant.  This court concludes that the record shows that Defendant was served with summons and a copy of the Complaint and has not filed a responsive pleading within the required time frame.  Accordingly, Plaintiff's Motion for Entry of Default Against Defendant (#5) is GRANTED.

IT IS THEREFORE ORDERED THAT:

(1) Plaintiff's Motion for Entry of Default Against Defendant (#5) is GRANTED.  Default is entered against Defendant, Eastern Asset Management a/k/a Ethical Asset Management.

(2) This cause of action is subject to dismissal for failure to prosecute unless, within fourteen (14) days of the entry of this Order, Plaintiff makes application to this court for the entry of a default

judgment against Defendant.

ENTERED this 9th day of November, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE